AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RYAN SEGAL, individually and on behalf of all others similarly situated,

V.

AMADEUS IT GROUP, S.A., et al.

CASE NUMBER: 24-cv-01783

ASSIGNED JUDGE: Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

FOUR SEASONS HOTELS LIMITED
United Agent Group
707 W. Main Avenue #B
Spokane, WA 99201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ryan W. Marth
Geoffrey H. Kozen
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402

an answer to the complaint which is herewith served upon you, _twenty-one (21)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK

March 6, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 3/8/24 4pm |
| NAME OF SERVER (PRINT) G. Sauerland | TITLE Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 707 W Main #B Spokane WA 99201 Gracia Muljadi authorized to accept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/14/24
Date

Signature of Server

Address of Server: 421 W Riverside #772 Spok WA 99201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.