IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ryan Segal,<br><br>Plaintiff,<br><br>vs.<br><br>Amadeus IT Group, S.A. et al.,<br><br>Defendants. | CASE NO. 1:24-CV-01783<br>JUDGE JOAN B. GOTTSCHALL |

**DEFENDANT HYATT CORPORATION'S NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2, Defendant Hyatt Corporation states that after a diligent review, Hyatt Corporation has identified the following affiliates:

- Hyatt Hotels Corporation
- Trustees of the Thomas J. Pritzker Family Trusts
- Trustees of the Karen L. Pritzker Family Trusts
- Trustees of the Penny Pritzker Family Trusts
- Trustees of the Gigi Pritzker Pucker Family Trusts
- Baron Capital Group, Inc.
- Thomas J. Pritzker
- BlackRock, Inc.
- Massachusetts Financial Services Company
- Principal Global Investors, LLC
- The Vanguard Group, Inc.
- Wellington Management Group LLP
- Wellington Group Holdings LLP
- Wellington Investment Advisors Holdings LLP

Dated: August 6, 2024

Respectfully submitted,

/s/ Douglas E. Litvack______

Douglas E. Litvack
Lindsay C. Harrison
**Jenner & Block LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Telephone: +1 202 639 6000
Facsimile: +1 202 639 6066

Andrianna D. Kastanek
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484