**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RYAN SEGAL,<br><br>                Plaintiff,<br><br>  v.<br><br>AMADEUS IT GROUP, S.A.; AMADEUS HOSPITALITY, INC.; HILTON DOMESTIC OPERATING COMPANY INC.; MARRIOTT INTERNATIONAL, INC.; THE RITZ CARLTON HOTEL COMPANY, L.L.C.;<br>ACCOR MANAGEMENT US INC.; SIX CONTINENTS HOTELS, INC. D/B/A INTERCONTINENTAL HOTELS GROUP; HYATT CORPORATION;<br>STARWOOD HOTELS & RESORTS WORLDWIDE LLC; FOUR SEASONS HOTELS LIMITED; and LOEWS HOTELS HOLDING CORPORATION.<br><br>                Defendants. | Case No. 24-cv-01783<br><br>Honorable Joan B. Gottschall |

**DEFENDANT AMADEUS IT GROUP, S.A.'S MOTION TO
DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6)**

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Amadeus IT Group, S.A. respectfully hereby moves to dismiss Plaintiff Ryan Segal's Third Amended Class Action Complaint (ECF No. 144) with prejudice and for such other and further relief as the Court deems appropriate. The bases for Defendant's Motion are set forth in the accompanying Memorandum of Law in Support of Defendant Amadeus IT Group, S.A.'s Motion to Dismiss Plaintiff's Third Amended Class Action Complaint ("Memorandum of Law").

WHEREFORE, for all the reasons set forth in the Memorandum of Law, Defendant Amadeus IT Group, S.A. is entitled to a dismissal of Plaintiff's Third Amended Class Action Complaint with prejudice.

Dated: June 12, 2025

Respectfully submitted,

/s/ *Karen Hoffman Lent*
Karen Hoffman Lent (*pro hac vice*)
Matthew M. Martino (*pro hac vice*)
Sam Auld (*pro hac vice*)
Michael A. Lanci (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
karen.lent@skadden.com
matthew.martino@skadden.com
sam.auld@skadden.com
michael.lanci@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 S. Canal St.
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0711
amy.vangelder@skadden.com

*Attorneys for Defendant*
*Amadeus IT Group, S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Karen Hoffman Lent*