UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN SEGAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMADEUS IT GROUP, S.A.; AMADEUS HOSPITALITY, INC.; HILTON DOMESTIC OPERATING COMPANY INC.; MARRIOTT INTERNATIONAL, INC.; THE RITZ-CARLTON HOTEL COMPANY, L.L.C.; ACCOR MANAGEMENT US INC.; SIX CONTINENTS HOTELS, INC. D/B/A INTERCONTINENTAL HOTELS GROUP; HYATT CORPORATION; STARWOOD HOTELS & RESORTS WORLDWIDE LLC; FOUR SEASONS HOTELS LIMITED; and LOEWS HOTELS HOLDING CORPORATION.<br><br>Defendants. | Case No. 1:24-cv-01783<br><br>The Honorable Joan B. Gottschall |

**DECLARATION OF GEOFFREY H. KOZEN IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Geoffrey H. Kozen, swear as follows:

1. I am an attorney at Robins Kaplan LLP, Interim Co-Lead Counsel for Plaintiffs. I make this Declaration in Opposition to Defendants' Joint Motion to Dismiss Plaintiff's Third Amended Class Action Complaint (ECF No. 153).

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the January 6, 2020 Motion to Dismiss hearing in *Haff Poultry, Inc. v. Tyson Foods, Inc.,* Case No. CIV-17-33-RJS (E.D. Ok.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a posting on Amadeus's

96356039.1

- 2 -

website entitled Revpar Formula and Meaning + Free RevPAR Calculator. It is available at

https://www.amadeus-hospitality.com/insight/what-is-revpar-formula-calculate/ (last visited June 23, 2025).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the June 24, 2025 Statement of Interest submitted by the United States of America in *In re: Granulated Sugar Antitrust Litigation*, ECF No. 415, No. 24-md-03110 (D. Minn.).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2025          */s/ Geoffrey H. Kozen*

Minneapolis, Minnesota          Geoffrey H. Kozen