**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RYAN SEGAL, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-01783 (JBG/GAF) |
| Plaintiff, | |
| v. | The Honorable Joan B. Gottschall |
| AMADEUS IT GROUP, S.A., *et al.*, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON DEFENDANTS'
JOINT MOTION TO DISMISS**

Plaintiff, by and through his undersigned attorneys, hereby moves as follows:

1. Defendants filed two motions to dismiss Plaintiff Segal's Third Amended Complaint on June 12, 2025. One was filed only on behalf of Amadeus IT Group, S.A. arguing lack of personal jurisdiction. (ECF No. 154.) The other was filed jointly on behalf of all Defendants alleging a failure to state a plausible claim. (ECF No. 152.)

2. Segal filed his memoranda in opposition to the two motions on July 28, 2025. (ECF Nos. 162 & 163.)

3. A hearing should be granted on at least the joint motion to dismiss (ECF No. 152). In its previous Order dismissing the Second Amended Complaint, the Court said that it was "unfamiliar with the basics of the hotel industry" and "falter[ed]" in evaluating Plaintiff's claims, opining that Plaintiff "seems to be asserting two contradictory theories." (ECF No. 143 at 11.)

4. While Segal's current opposition to the joint motion to dismiss (ECF No. 162) explains in detail why his theories are not contradictory and the Third Amended Complaint alleges additional facts that he believes will satisfy the Court's prior concerns, Segal respectfully requests

the opportunity to address any remaining questions or concerns the Court might have at a hearing, particularly given the magnitude of this case. This case involves anticompetitive conduct impacting millions of Americans and multiple billions of dollars in potential damages.

Plaintiff Segal therefore requests that this Court hold a hearing on, at least, Defendants' joint motion to dismiss (ECF No. 152).

Respectfully submitted,

Dated: July 28, 2025

By: /s/ Steven M. Berezney
Steven M. Berezney (N.D. Ill. 6281020)
**KOREIN TILLERY LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-1854
sberezney@koreintillery.com

Pamela I. Yaacoub (N.D. Ill. 6327801)
David W. Walchak (N.D. Ill. 323422)
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
pyaacoub@koreintillery.com
dwalchak@koreintillery.com

Geoffrey H. Kozen (N.D. Ill. 0398626)
Ryan W. Marth (*pro hace vice*)
Julie C. Moroney (*pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-500
gkozen@RobinsKaplan.com
rmarth@RobinsKaplan.com
jmoroney@robinskaplan.com

Vincent Briganti (*pro hace vice*)
Christian Levis (*pro hace vice*)
Nicole A. Veno (*pro hace vice*)
Claire Noelle Forde (*pro hace vice*)
**LOWEY DANNENBERG, P.C.**

2

           44 South Broadway, Suite 1100
           White Plains, NY 10601
           Telephone: (914) 997-0500
           Facsimile: (914) 997-0035
           vbriganti@lowey.com
           clevis@lowey.com
           nveno@lowey.com
           nforde@lowey.com

*Attorneys for Plaintiff Ryan Segal and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

           */s/ Steven M. Berezney*
           Steven M. Berezney