# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ryan Segal

                              Plaintiff,

v.                                              Case No.: 1:24−cv−01783
                                                         Honorable Joan B. Gottschall

Amadeus IT Group, S.A., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: The Marriott Defendants' Unopposed Motion [171] to Withdraw Marriott Defendants' Motion [168] to Enforce Class Waiver and Strike Class Allegations is granted. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.