**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RYAN SEGAL,<br><br>Plaintiff,<br><br>v.<br><br>AMADEUS IT GROUP, S.A.; AMADEUS HOSPITALITY, INC.; HILTON DOMESTIC OPERATING COMPANY INC.; MARRIOTT INTERNATIONAL, INC.; THE RITZ CARLTON HOTEL COMPANY, L.L.C.; ACCOR MANAGEMENT US INC.; SIX CONTINENTS HOTELS, INC. D/B/A INTERCONTINENTAL HOTELS GROUP; HYATT CORPORATION; STARWOOD HOTELS & RESORTS WORLDWIDE LLC; FOUR SEASONS HOTELS LIMITED; and LOEWS HOTELS HOLDING CORPORATION,<br><br>Defendants. | Civil Case No. 1:24-cv-01783<br><br>Honorable Joan B. Gottschall |

**ACCOR MANAGEMENT US INC.'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendant Accor Management US Inc. hereby states that its parent companies are Accor Luxury & Lifestyle SAS, a French company, and FHI Finance (U.S.) Inc., a Delaware corporation.

Dated: January 14, 2026

Respectfully submitted,

/s/ *Carrie C. Mahan*
Carrie C. Mahan (#459802)
Benjamin M. Mundel (*pro hac vice*)
S. Nicole Booth (#1723904)
Noah W. Fitzgerel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
carrie.mahan@sidley.com
bmundel@sidley.com
nicole.booth@sidley.com
noah.fitzgerel@sidley.com

*Counsel for Defendant Accor Management US Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 14th day of January, 2026.

/s/ *Carrie C. Mahan*
Carrie C. Mahan