**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RYAN SEGAL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMADEUS IT GROUP, S.A.; AMADEUS HOSPITALITY, INC.; HILTON DOMESTIC OPERATING COMPANY INC.; MARRIOTT INTERNATIONAL, INC.; THE RITZ-CARLTON HOTEL COMPANY, L.L.C.; ACCOR MANAGEMENT US INC.; SIX CONTINENTS HOTELS, INC. D/B/A INTERCONTINENTAL HOTELS GROUP; HYATT CORPORATION; STARWOOD HOTELS & RESORTS WORLDWIDE LLC; FOUR SEASONS HOTELS LIMITED; OMNI HOTELS MANAGEMENT CORP. D/B/A OMNI HOTELS & RESORTS; and LOEWS HOTELS HOLDING CORPORATION.

Defendants.

Case No. 1:24-cv-01783

The Honorable Joan B. Gottschall

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Ryan Segal in the above-captioned case hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's March 31, 2026 Memorandum Opinion and Order (Dkt. No. 178) granting Defendants' Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6), and Entered Judgment (Dkt. No. 179).

Respectfully submitted,

DATED: April 29, 2026

By: */s/ Nicole A. Veno*

Vincent Briganti (*pro hace vice*)
Christian Levis (*pro hace vice*)
Nicole A. Veno (*pro hace vice*)
Claire Noelle Forde (*pro hace vice*)

**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
nveno@lowey.com
nforde@lowey.com

Steven M. Berezney (N.D. Ill. 6281020)
**KOREIN TILLERY LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-1854
sberezney@koreintillery.com

Pamela I. Yaacoub (N.D. Ill. 6327801)
David W. Walchak (N.D. Ill. 323422)
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
pyaacoub@koreintillery.com
dwalchak@koreintillery.com

Geoffrey H. Kozen (N.D. Ill. 0398626)
Ryan W. Marth (*pro hace vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-500
gkozen@RobinsKaplan.com
rmarth@RobinsKaplan.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026 a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Nicole A. Veno*
Nicole A. Veno